## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

TERESA MURRAY,                                    **Civil File No. 09-2438-KHV-DJW**

      Plaintiff,

vs.                                                          **STIPULATION OF DISMISSAL**
                                          **WITH PREJUDICE**

JEFFERSON CAPITAL SYSTEMS, LLC,

      Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Teresa Murray, and the defendant, Jefferson Capital Systems, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  January 14, 2010___                By __/s/J. Mark Meinhardt_____
                                           J. Mark Meinhardt, #20245
                                         4707 College Boulevard, Suite 100
                                         Leawood, KS  66211
                                         (913) 451-9797
                                         (913) 451-6163 (fax)
                                         ATTORNEY FOR PLAINTIFF

Dated January 14, 2010___                By __/s/Neil L. Johnson_____
                                           Stephen M. Bledsoe, #16769
                                         Neil L. Johnson, #13934
                                         Berkowitz Oliver Williams Shaw & Eisenbrandt
                                         2600 Grand Bolevard, Suite 1200
                                         Kansas City, MO 64108
                                         (816) 561-7007
                                         (816) 561-7007 (fax)
                                         ATTORNEY FOR DEFENDANT